IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

CARLOS HERNANDEZ

  Plaintiff,

v.

PAULA D. PARRISH

  Defendant.

CASE NO.: CV204-124

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW,** the Plaintiff, **CARLOS HERNANDEZ**, and hereby files this Notice of Voluntary Dismissal without Prejudice.

**RESPECTFULLY SUBMITTED** this 28th day of April, 2005.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a copy of the foregoing upon Defendant, **PAULA D. PARRISH**, 961 Huron Street, Jacksonville, Florida 32254, by U.S. this 28th day of April, 2005.

BARNES, BARNES & COHEN, P.A.

By: _____
**REBECCA H. COZART**
Georgia Bar No.: 192766
2426-1 Mayport Road
Atlantic Beach, Florida 32233
(904) 396-5181
(904) 242-9005 Fax
**Attorneys for Plaintiff**

APPROVED: This 5 day of May, 2005

_____
Judge, U.S. District Court